IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>   Teniesha F Juniel<br><br>      Debtor(s).<br><br>RUSSELL C. SIMON,<br>   Chapter 13 Trustee/Objector,<br><br>      v.<br>D&D MOTORS<br>   (Claim No. 4),<br>      Creditor/Respondent. | )<br>)  In proceedings under<br>)     Chapter 13<br>)<br>)<br>)<br>)  Bk. No.: 25-30108<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>TRUSTEE'S OBJECTION TO CLAIM 4 FILED BY D&D MOTORS</u>

     COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and objects to the claim of the above named creditor filed in this proceeding. The Trustee <u>OBJECTS</u> for the following reason(s):

1. On or about March 25, 2025 D&D MOTORS filed claim No. 4.

2. Pursuant to Section No. 7 <u>Amount of Claim</u>, the Creditor states that the total amount of its claim as of the date the instant case was filed is $6,315.60.

3. However, pursuant to Section No. 9 <u>Secured Claim</u>, the Creditor also states that the amount of the secured portion of said claim is $6,135.60 and the amount of the unsecured portion of said claim is $0.00.

4. Due to the inconsistent claim amounts on the face of the claim, the Trustee is unable to properly administer same.

5. Based upon the foregoing, the Trustee prays that Claim No. 4 is disallowed as filed, with leave for the Creditor to file a new or amended claim.

     WHEREFORE, PREMISES CONSIDERED, the undersigned Trustee prays that Claim No.4 is disallowed as filed, with leave for the creditor to file a new or amended claim and for all other relief this Court deems just and equitable.

                                                                                 <u>**/s/ Russell C. Simon**</u>
                                                                                 Russell C. Simon, Trustee
                                                                                 Chapter 13 Trustee
                                                                                 19 Bronze Pointe Ste. A
                                                                                 Swansea, IL 62226
Dated: March 27, 2025                                  Telephone: (618) 277-0086
RLS                                                                       Telecopier: (618) 641-2115

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to Claim was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, March 27, 2025.

<u>/s/Rebecca</u>

Teniesha F Juniel
925 Reynolds St
Madison, IL  62060

.MICHAEL J BENSON
815 LINCOLN HIGHWAY STE 107
FAIRVIEW HEIGHTS, IL 62208

D&D MOTORS
423 N ILLINOIS
BELLEVILLE, IL 62220


SCOTT P HENDRICKS ATTORNEY AT LAW
206 W COLLEGE STE 12
CARBONDALE, IL 62901